UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE RUDY KIRK, | 1:13-cv-00428-SAB (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 2) |
| AUDREY KING, | |
| Defendant. | |

Plaintiff is a civil detainee proceeding pro se in this civil action. Plaintiff has filed a motion seeking leave to proceed in forma pauperis. 28 U.S.C. § 1915(a)(1); Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000) (in forma pauperis statute provisions relating to prisoners do not apply to civil detainees because they are not prisoners within the meaning of the Prison Litigation Reform Act).

Plaintiff has made the requisite showing, and his motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **April 5, 2013**

UNITED STATES MAGISTRATE JUDGE

-1-